**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     Northern District of California
10    Oakland Division

11 | FEDERAL HOME MORTGAGE CORP., | No. C 12-00939 LB
12 |         Plaintiff, | **ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF CALIFORNIA**
13 | v. |
14 | RITA HERRERA, et al., |
15 |         Defendants. |

16    On February 24, 2012, Defendant Daniel Gonzales removed this action from Stanislaus County
17 Superior Court to the United States District Court for the Northern District of California. Notice of
18 Removal, ECF No. 1.[1] Pursuant to 28 U.S.C. § 1446, a defendant seeking to remove a civil action
19 from a state court must file a notice of removal in the federal district court for the district within
20 which the action is pending. Because this lawsuit was originally filed in Stanislaus County Superior
21 Court, the proper venue for Defendant to file his notice of removal is the District Court for the
22 Eastern District of California. *See* E.D. Cal. Civil L. R. 120(d). Accordingly, the Court transfers
23 this matter to the Eastern District of California, Fresno Division.
24 ///
25 ///
26 ///
27
28    [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 12-00939 LB

1  **IT IS SO ORDERED.**

2  Dated: February 29, 2012

3  _____
   LAUREL BEELER
   United States Magistrate Judge